# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-5070**                            **September Term, 2016**

1:10-cv-00943-RMC

**Filed On:** September 13, 2016

Caroline Herron,

       Appellant

    v.

Fannie Mae, et al.,

       Appellees

------------------------------

Consolidated with 16-5091

      **BEFORE:**    Brown, Griffith, and Pillard, Circuit Judges

## O R D E R

      Upon consideration of the unopposed motion by appellee Federal Housing Finance Agency ("Agency") to file a separate brief of no more than 6,000 words; and the unopposed motion by appellant Herron for leave to exceed by 6,000 words the total of her principal and reply briefs, it is

      **ORDERED** that the motions be granted in part. The Agency, which is an appellee not an intervenor on appeal, will be permitted to file a separate brief not to exceed 3,000 words (12 pages). Appellant will be permitted to exceed the normal limits for her principal brief and reply brief, by a combined total of not more than 3,000 words (12 pages), that amount divided between the two briefs however she sees fit.

      The court's August 22, 2016 briefing schedule remains in effect.

### Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                              BY:    /s/
                                         Robert J. Cavello
                                         Deputy Clerk/LD